JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

MAO SAN,

      Petitioner,

    v.

JAIME RIOS, et al.,

      Respondents.

No. 5:26-cv-02227-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's OSUP claim. Petitioner reports that he has been released from Respondents' custody. (ECF 12.) The Clerk of Court shall close this case.

DATED: May 18, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE